UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN FASTRICH, *et al.*,  )
                          )
    Plaintiffs,       )  Case No. 1:17-cv-615
-v-                       )
                          )
GREAT AMERICAN FINANCIAL  )  Judge Susan J. Dlott
RESOURCES, INC.,          )
                          )
    Defendant.        )

**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE**

This matter was opened to the Court on the Joint Motion to Extend Time to Respond to Complaint and to Continue Preliminary Pretrial Conference (the "Motion"). The Court has considered the Motion, as well as the agreement of the parties, and finds that the Motion should be granted. Accordingly it is hereby ORDERED that Defendant Great American Financial Resources shall have until February 9, 2018 to answer, move, or otherwise respond to Plaintiffs' Complaint and that the parties shall file a status report within two business days after the parties' mediation. The Preliminary Pretrial Conference set for January 3, 2018 is VACATED and will be rescheduled by the Court.

_____
Judge Susan J. Dlott

8033198.1