UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN FASTRICH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:17-cv-615 |
| -v- | ) | |
| | ) | |
| GREAT AMERICAN FINANCIAL RESOURCES, INC., | ) | Judge Susan J. Dlott |
| | ) | |
| Defendant. | ) | |

**MEDIATION STATUS REPORT**

Pursuant to the Court's November 30, 2017 Order, the undersigned reports that the parties participated in a mediation on January 26, 2017. A resolution of this case was not reached.

Plaintiffs' counsel has seen and concurs with the content of this filing.

Respectfully submitted,

   */s/ Brian P. Muething*
James R. Matthews (0043979)
Brian P. Muething (0076315)
Jacob D. Rhode (0089636)
KEATING MUETHING & KLEKAMP, PLL
One E. 4th Street, Suite 1400
Cincinnati, OH  45202
Phone:  (513) 579-6400
Fax:  (513) 579-6457
jmatthews@kmklaw.com
bmuething@kmklaw.com
jrhode@kmklaw.com

*Attorneys for Defendant Great American Financial Resources, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2018, I caused true and correct copies of the foregoing to be filed electronically using the Court's CM/ECF system and to therefore be served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date. This document is available for viewing and downloading on the CM/ECF system.

> */s/ Brian P. Muething*
> Brian P. Muething

8169749.1