AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

John Fastrich, et al.,

                V.

Great American Financial Resources, Inc.,

Case Number:   1:17cv615

Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that the PRELIMINARY PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 227 |
| | **DATE AND TIME**<br>March 15, 2018 at 10:30 AM |

SPECIAL INSTRUCTIONS:

1. Discovery Conference to be held and written settlement demand to be made no later than February 15, 2018.
2. Filing of Discovery Plan and written response to the settlement demand due no later than March 1, 2018.
3. Ex Parte status and or settlement letters (as more fully set forth in Judge Dlott's Standing Order) are to be submitted to dlott_chambers@ohsd.uscourts.gov three (3) business days prior to the preliminary pretrial conference.

Richard Nagel, Clerk

    ___s/Vicki Penley_____
Vicki Penley
Administrative Assistant
(513) 564-7630