IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOHN FASTRICH and UNIVERSAL INVESTMENT SERVICES, INC.,** <br><br> **Plaintiffs,** <br><br> vs. <br><br> **GREAT AMERICAN FINANCIAL RESOURCES, INC.,** <br><br> **Defendant.** | **CASE NO. 1:17-cv-00615-SJD** <br><br><br> **JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND TO CONTINUE PRELIMINARY CONFERENCE** |

Plaintiffs, through undersigned counsel, and Defendant, through undersigned counsel, respectfully ask the Court to extend the deadline for Plaintiffs to respond to Defendant's Motion to Dismiss until April 16, 2018 and to continue the preliminary pretrial conference set for March 15, 2018 to a date after April 16, 2018.  In support of this motion, the parties state as follows:

1. Plaintiffs filed their Complaint on September 14, 2017.

2. On November 28, 2017, Plaintiffs and Defendant filed a Joint Motion to Extend Time to Respond to Complaint and to Continue Preliminary Conference.  [Doc. 8.]

3. On November 30, 2017, the Court granted the Joint Motion to Extend Time to Respond to Complaint and to Continue Preliminary Conference.  [Doc. 9.]  The Court ordered that Defendant have until February 9, 2018 to answer, move, or otherwise respond to Plaintiffs' Complaint.

4. On January 30, 2018, the parties filed a status report advising the Court that the parties did not reach a resolution of this case during their January 26 mediation.  [Doc. 15]

5. On January 31, 2018, the Court set a preliminary pretrial conference for March 15, 2018 at 10:30 a.m. [Doc. 16]

6. On February 9, 2018, Defendant filed its Motion to Dismiss. [Doc. 17.] Plaintiffs' opposition is due on March 2, 2018.

7. Since the January 26 mediation and the status report filed on January 30, the parties have continued to discuss a potential settlement of this case.

8. To allow the parties additional time to discuss a potential settlement of this case, the Parties respectfully request that: a) the Court extend Plaintiffs' deadline to respond to Defendant's motion to dismiss until April 16, 2018 and b) the Court reset the preliminary pretrial conference from March 15, 2018 until a date at the Court's convenience that falls after April 16, 2018.

WHEREFORE, as set forth above, the Parties respectfully request that this Court enter an order granting this motion and extend Plaintiffs' deadline to respond to the Motion to Dismiss from March 2, 2018 to April 16, 2018 and reset the preliminary conference for a date at the Court's convenience that falls after April 16, 2018.

Dated:  February 22, 2018

<table>
<tr><td>

/s/ *Brian P. Muething*
Brian P. Muething
James R. Matthews
Keating Muething & Klekamp PPL

One East Fourth Street, Suite 1400
Cincinnati, OH 45202
T: 513.639.3814
E: jmatthews@kmklaw.com
E: bmuething@kmklaw.com

*Counsel for Defendant Great American Financial Resources, Inc.,*

</td><td>

*/s/ Lydia M. Floyd*
Lydia M. Floyd
Alan L. Rosca
James P. Booker
PEIFFER, ROSCA, WOLF,
ABDULLAH, CARR & KANE
A PROFESSIONAL LAW CORPORATION
 1422 Euclid Avenue, Suite 1610
Cleveland, Ohio 44115
Telephone:  (216) 570-0097
Facsimile:  (888) 411-0038
E-Mail:  jbooker@prwlegal.com
             lfloyd@prwlegal.com
             arosca@prwlegal.com

SHINDLER ANDERSON GOPLERUD &
WEESE P.C.
J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone:  (515) 223-4567
Facsimile: (515) 223-8887
E-Mail:  goplerud@sagwlaw.com
             marty@sagwlaw.com

*Counsel for Plaintiffs*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2018 a copy of the foregoing was served via the Court's ECF system.


February 22, 2018                     /s/ *Lydia M. Floyd*
                                            Lydia M. Floyd
                                            **PEIFFER ROSCA WOLF ABDULLAH CARR & KANE**,
                                            A Professional Law Corporation