IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOHN FASTRICH and UNIVERSAL INVESTMENT SERVICES, INC.,** | **CASE NO. 1:17-cv-00615-SJD** |
| **Plaintiffs,** | |
| vs. | **JOINT MOTION TO SUSPEND THE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |
| **GREAT AMERICAN FINANCIAL RESOURCES, INC.,** | |
| **Defendant.** | |

Plaintiffs, through undersigned counsel, and Defendant, through undersigned counsel, respectfully ask the Court to suspend the briefing schedule on Defendant's Motion to Dismiss. [Doc. 17.] The parties reached a settlement in principle and wish to suspend the briefing on the Motion to Dismiss as they finalize the details of the settlement.

WHEREFORE, as set forth above, the Parties respectfully request that this Court suspend the briefing schedule on Defendant's Motion to Dismiss.

Dated:  May 11, 2018

| | |
|---|---|
| /s/ Brian P. Muething<br>Brian P. Muething<br>James R. Matthews<br>Keating Muething & Klekamp PPL<br><br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202<br>T: 513.639.3814<br>E: jmatthews@kmklaw.com<br>E: bmuething@kmklaw.com<br><br>*Counsel for Defendant Great American Financial Resources, Inc.,* | */s/ James P. Booker*<br>By: James P. Booker<br>Lydia M. Floyd<br>PEIFFER, WOLF, CARR & KANE<br>A PROFESSIONAL LAW CORPORATION<br> 1422 Euclid Avenue, Suite 1610<br>Cleveland, Ohio 44115<br>Telephone:  (216) 570-0097<br>Facsimile:  (888) 411-0038<br>E-Mail:  jbooker@prwlegal.com<br>            lfloyd@prwlegal.com<br><br>ROSCALAW LLC<br>Alan L. Rosca<br>23250 Chagrin Boulevard, Suite 100<br>Beachwood, Ohio 44122<br>Telephone: (216) 570-0097<br>E-mail: arosca@roscalaw.com<br><br><br>SHINDLER ANDERSON GOPLERUD & WEESE P.C.<br>J. Barton Goplerud<br>Brian O. Marty<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, Iowa 50265<br>Telephone:  (515) 223-4567<br>Facsimile: (515) 223-8887<br>E-Mail:  goplerud@sagwlaw.com<br>            marty@sagwlaw.com<br><br><br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2018 a copy of the foregoing *Joint Motion to Suspend the Briefing Schedule for Defendant's Motion to Dismiss* was served via the Court's ECF system.

| | |
|---|---|
| May 11, 2018 | /s/ *James P. Booker*_____<br>James P. Booker (OBN 0090803)<br>**PEIFFER WOLF CARR & KANE**,<br>A Professional Law Corporation |