IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOHN FASTRICH, UNIVERSAL INVESTMENT SERVICES, INC., and REGINALD J. GOOD,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCE, INC., AMERICAN FINANCIAL GROUP, INC., LOYAL AMERICAN LIFE INSURANCE COMPANY, and AMERICAN RETIREMENT LIFE INSURANCE COMPANY,**<br><br>**Defendants.** | CASE NO. 1:17-cv-00615-SJD |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs and proposed class representatives John Fastrich, Universal Investment Services, Inc., and Reginald J. Good, by and through undersigned counsel, respectfully move this Court for entry of an Order (1) granting preliminary approval of the proposed Settlement Agreement; (2) preliminarily certifying the state law claims as a Fed. R. Civ. P. 23 class on behalf of the national Settlement Class; (3) preliminarily appointing Plaintiffs John Fastrich, Universal Investment Services, Inc., and Reginald J. Good D/B/A Reginald J. Good Agency as Class Representatives of the Settlement Class; (4) preliminarily appointing J. Barton Goplerud and Brian O. Marty of Shindler, Anderson, Goplerud & Weese, P.C., Alan Rosca of RoscaLaw LLC, Lydia Floyd and James Booker of Peiffer Wolf Carr & Kane, and Thomas Reavely of Whitfield & Eddy P.L.C. as Class Counsel for the Settlement Class; (5) approving the plan of notice to the Settlement Class

1

Members, including approving the Notice attached to the Settlement Agreement; and (6) scheduling a Final Fairness Hearing to consider entry of a final order approving the settlement and the request for attorneys' fees, costs, and expenses, and Plaintiff's incentive awards.

WHEREFORE, based on the foregoing, and the Memorandum of Law filed contemporaneously with this Motion, Plaintiffs respectfully request that the Court grant their Motion together with such other and further relief as it shall deem just and proper.

Date: April 1, 2019

Respectfully submitted,

**PEIFFER WOLF CARR & KANE**
**A PROFESSIONAL LAW CORPORATION**
1422 Euclid Avenue, Suite 1610
Cleveland, Ohio 44115
Telephone:  (216) 589-9280
Facsimile:  (216) 916-9220
E-Mail: jbooker@pwcklegal.com
By /s/ James P. Booker
        James P. Booker
ATTORNEY FOR PLAINTIFFS

**SHINDLER, ANDERSON, GOPLERUD, & WEESE, P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone:  (515) 223-4567
Fax:  (515) 223-8887
Email: goplerud@sagwlaw.com

By /s/ J. Barton Goplerud_____
        J. Barton Goplerud
ATTORNEY FOR PLAINTIFFS

**ROSCALAW LLC**
23250 Chagrin Blvd, Suite 100
Beachwood, Ohio 44122
Telephone:  (216) 570-0097
Fax:  (888) 411-0038
Email: rosca@lawgsp.com

By /s/ Alan Rosca_____
        Alan Rosca

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019 a copy of the foregoing *Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement Agreement* was served via the Court's ECF system.

April 1, 2019                               /s/ *James P. Booker*
                                            James P. Booker (OBN 0090803)
                                            **PEIFFER WOLF CARR & KANE**,
                                            A Professional Law Corporation

3