IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JOHN FASTRICH, UNIVERSAL INVESTMENT SERVICES, INC., and REGINALD J. GOOD,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCE, INC., AMERICAN FINANCIAL GROUP, INC., LOYAL AMERICAN LIFE INSURANCE COMPANY, and AMERICAN RETIREMENT LIFE INSURANCE COMPANY,**<br><br>Defendants. | **CASE NO. 1:17-cv-00615-MRB**<br><br>**JUDGE MICHAEL R. BARRETT** |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs, by and through their attorneys, hereby move this Court for an Order granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement. Said motion is based upon the memorandum filed by Plaintiffs contemporaneously herewith and upon other documents and information in the record the Court may consider.

Dated: August 27, 2019           Respectfully Submitted,

*/s/ James P. Booker*
**PEIFFER WOLF CARR & KANE**
**A PROFESSIONAL LAW CORPORATION**
James P. Booker
Lydia M. Floyd
1422 Euclid Avenue, Suite 1610
Cleveland, Ohio 44115
Telephone:  (216) 589-9280
Facsimile:  (216) 916-9220
E-Mail: jbooker@pwcklegal.com

lfloyd@pwcklegal.com

**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.**
J. Barton Goplerud
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone:  (515) 223-4567
Fax:  (515) 223-8887
Email: goplerud@sagwlaw.com

**ROSCALAW LLC**
Alan Rosca
23250 Chagrin Blvd, Suite 100
Beachwood, Ohio 44122
Telephone: (216) 570-0097
Email: arosca@roscalaw.com

**WHITFIELD & EDDY, P.L.C.**
Thomas S. Reavely
699 Walnut St., Suite 2000
Des Moines, IA  50309-4195
Telephone:  (515) 288-6041
Fax:  (515) 246-1474
Email: reavely@whitfieldlaw.com

*Attorneys for the Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I certify that this document was served on all parties on August 27, 2019, via the Southern District of Ohio Court's CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access the filing through the Court's system.

/s/ *James P. Booker*
James P. Booker